```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

   TARA MONISTERE, ET AL.              CIVIL ACTION

   VERSUS                              NO: 06-5431

   STATE FARM INSURANCE COMPANY,       SECTION: "J" (5)
   ET AL.
```

**ORDER**

Before the Court is Defendant's Motion to Stay Pending Appeal and to Waive the Requirement that Appellants Deposit a Supersedas Bond. (Rec. Doc. 51). The motion is unopposed.

State Farm is a Defendant in this case as a Write Your Own, carrier participating in the National Flood Insurance Program, and as such appears as a fiscal agent of the United States. Fed. R. Civ. P. 62(e) provides that a court "must not require a bond . . . from the appellant when granting a stay on an appeal by the United States, its officers, or its agencies." Accordingly,

**IT IS ORDERED** that the execution of and any proceedings to enforce the judgment entered in this matter be stayed pending the appeal to the United States Court of Appeals for the Fifth Circuit;

**IT IS FURTHER ORDERED** that State Farm shall not be required to submit a supersedas bond as such requirement is hereby **WAIVED.**

New Orleans, Louisiana this the 18th day of December, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE